UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 18-02597 |
|---|---|---|
| JOHN BARRY MURPHY, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | DuPage |
| Debtor(s) | ) | |

**ORDER AUTHORIZING TRUSTEE'S SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND AUTHORIZING TRUSTEE TO PAY CERTAIN EXPENSES AT CLOSING**

THIS CAUSE COMING ON TO BE HEARD upon the Motion of Gina B. Krol, Chapter 7 Trustee herein, through her attorneys, Cohen & Krol, for Authority to Sell the Real Property commonly known as 5500 Hillcrest Lane, Unit 3B, Lisle, IL, due notice having been given, and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED that Gina B. Krol, Chapter 7 Trustee, is authorized and empowered to sell the real property commonly known as 5500 Hillcrest Lane, Unit 3B, Lisle, IL to Ivan Bonkalski for the sum of $142,000.00 free and clear of any and all liens and encumbrances of any kind, with any such liens claims and encumbrances to attach to the proceeds of said sale.

IT IS FURTHER ORDERED that the Trustee is authorized to pay usual and customary expenses at closing, including but not limited to 6% broker's commission, $850.00 to special counsel for handling the transaction, title charges, recording fees, condominium fees, real estate taxes and prorations and the payoff of the mortgage to FNBC Bank & Trust.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 20, 2018

**Prepared by:**

Gina B. Krol
105 W. Madison St., Ste. 1100
Chicago, IL 60602
312/368-0300