# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>      John Barry Murphy<br><br>                                    Debtor(s) | Case No.:  18-02597<br>Chapter:   7<br>Hearing Date:  9/7/18<br><br>Judge Janet S. Baer |

### NOTICE OF MOTION

**TO:**  Gina B Krol, Interim Trustee, 105 West Madison St Ste 1100, Chicago, IL 60602 by electronic notice through ECF
John Barry Murphy , Debtor(s), 27W258 Jefferson Ct., Winfield, IL 60190
Joshua D. Greene, Attorney for Debtor(s), 300 South County Farm Rd. Suite I, Wheaton, IL 60187 by electronic notice through ECF

*** SEE ATTACHED SERVICE LIST ***

PLEASE TAKE NOTICE that on the 9/7/18, at 11:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Janet S. Baer, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Kane County Courthouse 100 S. Third Street, Geneva, Illinois, room 240,  or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on August 22, 2018 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 22, 2018.

  /s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-18-01366)**

NOTE: This law firm is a debt collector.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on August 7, 2018 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 7, 2018.

Gina B Krol, Interim Trustee, 105 West Madison St Ste 1100, Chicago, IL 60602 by electronic notice through ECF
John Barry Murphy , Debtor(s), 27W258 Jefferson Ct., Winfield, IL 60190
Joshua D. Greene, Attorney for Debtor(s), 300 South County Farm Rd. Suite I, Wheaton, IL 60187 by electronic notice through ECF

*** SEE ATTACHED SERVICE LIST ***

    /s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-18-01366)**

NOTE: This law firm is a debt collector.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    John Barry Murphy

                          Debtor(s)

Case No.:  18-02597
Chapter:  7
Hearing Date:  9/7/18

Judge Janet S. Baer

---

## MOTION TO ABANDON PROPERTY OF THE ESTATE AND/OR
## REQUEST FOR RELIEF FROM THE AUTOMATIC STAY

---

**NOW COMES** DITECH FINANCIAL LLC (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §554(b) and F.R.B.P. 6007(b) for an Order abandoning property of the estate, and pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay, and in support thereof states as follows:

1.      This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2.      The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 452 Minnesota Circle, Carol Stream, IL 60188;

3.      This security interest arose from a Note and Mortgage, executed on 3/5/2008, in the amount of $152,000.00;

4.      Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 1/30/18;

5.     Movant is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

a.     The Debtor is in default in the performance of the terms and conditions of said Note and Mortgage;

b.     As of 08/03/2018, the Debtor(s) is/are contractually due for the 5/1/18 payment and all amounts coming due since that date.   Any payments received after this date may not be reflected in this default;

c.     As of 08/03/2018, the estimated default through and including 8/1/18 is $3,739.66.   Any payments received after this date may not be reflected in this default;

d.     As of 08/03/2018, the estimated payoff amount is $151,705.47.   The estimated fair market value of the property is $159,000.00, per Debtor's Schedules.   That to the best of Movant's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

e.     The above is especially true when considering the cost of selling the property, as outlined below:

Fair Market Value:  $159,000.00

Less Lien Payoff and Cost of Sale:
        Estimated Payoff:  $151,705.47
        Payoff of Other Liens:
        Broker's Commission (6% of FMV):  $9,540.00
        Other Closing Costs (estimated):  $2,000.00

Net Proceeds of Sale:  ($4,245.47)
(assuming no capital gains need to be paid)

6.      Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein including:

$750.00          for Preparation of Notice and Motion for Abandonment of the Property of the Estate and/or Request for Relief from the Automatic Stay, and prosecution of same

$181.00          for Court filing fee

7.      The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

8.      The Trustee has filed an Initial Reports of Assets on 05/02/18 and Trustee has since filed a motion to sell other property of the bankruptcy estate;

9.      Ditech Financial LLC, services the loan on the property referenced in this Motion for Relief.  Documentation provided is in support of right to seek a lift of stay and foreclose if necessary. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Ditech Financial LLC (noteholder). Noteholder directly or through an agent, has possession of the promissory note. The promissory note is either made payable to the Noteholder or has been duly endorsed.

**WHEREFORE,** DITECH FINANCIAL LLC prays this Court for an Order pursuant to 11 U.S.C. §554(b) and F.R.B.P. 6007(b) abandoning property of the estate, and pursuant to 11 U.S.C. §362(d) for an Order modifying the automatic stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage,  and for such other and further relief as this Court may deem just and proper.

Dated this August 7, 2018.

Respectfully Submitted,

Codilis & Associates, P.C.

By: _/s/ Peter C. Bastianen_

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-18-01366)**

NOTE: This law firm is a debt collector.