# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 18-02597 |
| | ) | Chapter 7 |
| JOHN BARRY MURPHY, | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

## AMENDED TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale conducted on August 8, 2018, following the Trustee's Motion to Sell Property Free and Clear of All Liens, Claims, Exemptions and Encumbrances, which was granted by Court Order dated July 20, 2018:

Assets Sold:   5500 Hillcrest Lane, Unit 3B, Lisle, IL

Sold To:   Ivan Bonkalski

Price:   $142,000.00

Trustee sold the Debtor's interest in real property located at 5500 Hillcrest Lane, Unit 3B, Lisle, IL. The sale to Ivan Bonkalski was free and clear of any and all liens, claims and encumbrances of any kind.

Dated this 26th day of November, 2018.

By:   /s/ Gina B. Krol
Gina B. Krol, Chapter 7 Trustee

Gina B. Krol
105 W. Madison St., Ste. 1100
Chicago, IL 60602
312/368-0300