IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| JOHN BARRY MURPHY, | ) | 18-02597 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on December 19, 2018, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300               BY:/s/ Gina B. Krol
                           Ch 7 Bankruptcy Trustee

```
Label Matrix for local noticing          Cohen & Krol                              DITECH FINANCIAL LLC
0752-1                                   105 W. Madison Street                     C/O Codilis & Associates, P.C.
Case 18-02597                            Suite 105                                  15W030 North Frontage Rd.
Northern District of Illinois            Chicago, IL 60602-4600                     Suite 100
Chicago                                                                             Burr Ridge, IL 60527-6921
Wed Dec 19 15:02:03 CST 2018

PRA Receivables Management, LLC          WELLS FARGO BANK, N.A.                    U.S. Bankruptcy Court
PO Box 41021                             c/o Codilis & Associates, P.C.             Eastern Division
Norfolk, VA 23541-1021                   15W030 N. Frontage Road, Suite 100         219 S Dearborn
                                         Burr Ridge, IL 60527-6921                  7th Floor
                                                                                    Chicago, IL 60604-1702


Barclay Card                             Byline Bank                                Byline Bank
PO Box 8801                              10 N. Martindale Road, Suite 100           180 North Lasalle St., Suite 400
Wilmington, DE 19899-8801                Schaumburg, IL 60173-2293                  Chicago, IL 60601-2504



Capital One                              Capital One Bank (USA), N.A.              Chase Bank
PO Box 30285                             by American InfoSource LP as agent         Cardmember Service
Salt Lake City, UT 84130-0285            PO Box 71083                               PO Box 1423
                                         Charlotte, NC  28272-1083                  Charlotte, NC 28201-1423



DMB Real, LLC                            David L. Hazan                            Discover
721 Monroe Drive                         Diver, Grach, Quade & Masini              PO Box 30421
Lake Villa, IL 60046-8715                111 North County St.                       Salt Lake City, UT 84130-0421
                                         Waukegan, IL 60085-4344


Discover Bank                            Ditech                                    FNBC Bank & Trust
Discover Products Inc                    PO Box 6172                                600 East Washington St.
PO Box 3025                              Rapid City, SD 57709-6172                  West Chicago, IL 60185-2318
New Albany, OH  43054-3025


Meineke                                  Pep Boys                                  RMS
440 South Church St., Suite 700          c/o Commercial Collection Corp.            PO Box 361136
Charlotte, NC 28202-2059                 34 Seymour St.                             Columbus, OH 43236-1136
                                         Tonawanda, NY 14150-2126


(p)SNAP ON CREDIT LLC                    Synchrony Bank                            Synchrony Bank
950 TECHNOLOGY WAY                       P.O. Box 960061                            P.O. Box 960064
SUITE 301                                Orlando, FL 32896-0061                     Orlando, FL 32896-0064
LIBERTYVILLE IL 60048-5339


Synchrony Bank                           Tyco Integrated Security                  Verliance
c/o PRA Receivables Management, LLC      PO Box 371967                              43406 Business Park Drive
PO Box 41021                             Pittsburgh, PA 15250-7967                  Temecula, CA 92590-5526
Norfolk VA 23541-1021


Wells Fargo                              Gina B Krol                               John Barry Murphy
PO Box 14411                             Cohen & Krol                               27W258 Jefferson Ct.
Des Moines, IA 50306-3411                105 West Madison St Ste 1100               Winfield, IL 60190-1626
                                         Chicago, IL 60602-4600
```

Joshua D. Greene
Springer Brown, LLC
300 South County Farm Rd.
Suite I
Wheaton, IL 60187-2453

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Snap On Credit
950 Technology Way
Libertyville, IL 60048

(d)Snap-on Credit LLC
950 Technology Way, Ste 301
Libertyville, IL 60048

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Coldwell Banker Residential Brokerage

(u)Agnes and Chris Staczek

(u)JBM Automotive, Inc.

(u)JGM Automotive, Inc.

(u)Jason Bobrick

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)Joseph Giagnorio

(u)Paul J Trinko
Coldwell Banker

End of Label Matrix
Mailable recipients     31
Bypassed recipients      8
Total                   39

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In Re: §
 §
MURPHY, JOHN BARRY § Case No. 18-02597 JSB
 §
 §
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      JEFFREY P. ALLSTEADT
      219 S. Dearborn Street
      Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 01/04/2019 in Courtroom 240,
      Kane County Courthouse
      100 S. Third Street
      Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/19/2018              By: Gina B. Krol
                                             Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**UNITED STATES BANKRUPTCY COURT**

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | § |
| | § |
| MURPHY, JOHN BARRY | §   Case No. 18-02597 JSB |
| | § |
| Debtor | § |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 142,360.47 |
| and approved disbursements of | $ | 109,273.79 |
| leaving a balance on hand of[1] | $ | 33,086.68 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 10,350.00 | $ 0.00 | $ 10,350.00 |
| Trustee Expenses: GINA B. KROL | $ 31.32 | $ 0.00 | $ 31.32 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,886.00 | $ 0.00 | $ 2,886.00 |
| Other: Cohen & Krol | $ 20.52 | $ 0.00 | $ 20.52 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 13,287.84 |
| Remaining Balance | $ 19,798.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 215,745.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 3,272.12 | $ 0.00 | $ 300.28 |
| 000002 | Byline Bank<br>10 N. Martindale Road, Suite 100<br>Schaumburg, IL 60173 | $ 202,960.27 | $ 0.00 | $ 18,625.52 |
| 000003 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 3,525.59 | $ 0.00 | $ 323.54 |
| 000004 | Snap-on Credit LLC<br>950 Technology Way, Ste 301<br>Libertyville, IL 60048 | $ 4,393.36 | $ 0.00 | $ 403.18 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000005 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | $ 772.53 | $ 0.00 | $ 70.89 |
| 000006 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | $ 821.90 | $ 0.00 | $ 75.43 |

| | |
|---|---:|
| Total to be paid to timely general unsecured creditors | $ 19,798.84 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.