UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-02597 |
| JOHN BARRY MURPHY, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | DuPage |
| | ) | |
| Debtor(s) | ) | |

**Order Awarding Trustee Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee compensation and expenses are allowed as follows;

1. Trustee's Compensation  $10,350.00
2. Trustee's Expenses $31.32

TOTAL $10,381.32

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above upon the entry of this Order.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  January 04, 2019

**Prepared by:**

GINA B. KROL
105 W. Madison Street
Suite 1100
Chicago, IL 60602