## REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases:  Debtor(s) _____ John Barry Murphy _____ Case No. _____ 18-02597 _____ Chapter ___7___

All Cases:  Moving Creditor _____ New American Townhomes' Association _____ Date Case Filed _____ 1/30/18 _____

Nature of Relief Sought: ☑Lift Stay        ☐ Annul Stay      ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
        ☑ No-Asset Report not Filed, Date of Creditors Meeting _____ 5/15/18 _____

1.    Collateral
      a.      ☑ Home
      b.      ☐ Car   Year, Make, and Model _____
      c.      ☐ Other (describe)_____

2.    Balance Owed as of Petition Date   $ _____ 2,144.19 _____
      Total of all other Liens against Collateral $_____ 149,894.00 _____

3.    In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the
      amounts and dates of all payments received from the debtor(s) post-petition.

4.    Estimated Value of Collateral (must be supplied in *all* cases)  $ _____ $159,000 per Schedule A _____

5.    Default
      a.      ☑ Pre-Petition Default
              Number of months __6__          Amount $ _____ 2,144.19 _____

      b.      ☑ Post-Petition Default
              i.      ☑ On direct payments to the moving creditor
                      Number of months __13__          Amount $ _____ 4,501.68 _____

              ii.     ☐ On payments to the Standing Chapter 13 Trustee
                      Number of months _____          Amount $ _____

6.    Other Allegations
      a.      ☑ Lack of Adequate Protection  § 362(d)(1)
              i.      ☐ No insurance
              ii.     ☐ Taxes unpaid          Amount $ _____
              iii.    ☐ Rapidly depreciating asset
              iv.     ☑ Other (describe) _____ Assessment payments not made _____

      b.      ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

      c.      ☐ Other "Cause" § 362(d)(1)
              i.      ☐ Bad Faith (describe)_____
              ii.     ☐ Multiple Filings
              iii.    ☐ Other (describe) _____

      d.      Debtor's Statement of Intention regarding the Collateral
              i. ☑ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____ February 28, 2019 _____        _____ /s/ Bryan M. Wiley _____
                                                                        Counsel for Movant

(Rev. 12 /21/09)