IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN BARRY MURPHY | ) | |
| | ) | No. 18-02597 |
| | ) | Chapter 13 (Kane) |
| Debtors | ) | Honorable Janet S. Baer, |
| | ) | Hearing Date: 04/12/2019 at 11:00 a.m. |

### NOTICE OF MOTION

To:   See attached Service List.

YOU ARE HEREBY NOTIFIED that on April 12, 2019, at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer in room 240 in the Kane County Courthouse, 100 S. Third Street, Geneva, IL 60134, and then and there present for hearing the attached **MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE** at which time and place you may appear as you see fit.

_____
Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 2nd day of April, 2019.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 2nd day of April, 2019.

_____
Notary Public
#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

OFFICIAL SEAL
LISA A CARBY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/19/22

1

## SERVICE LIST

John Barry Murphy
27W258 Jefferson Ct.
Winfield, Illinois 60190

Joshua D. Greene
Springer Brown, LLC
300 South County Farm Road, Suite I
Wheaton, Illinois 60187
(By electronic notice through ECF)

Gina B Krol
Cohen & Krol
105 West Madison St Ste 1100
Chicago, Illinois 60602
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN BARRY MURPHY ) | |
| ) | No. 18-02597 |
| ) | Chapter 13 (Kane) |
| Debtors ) | Honorable Janet S. Baer, |
| ) | Hearing Date: 04/12/2019 at 11:00 a.m. |

## MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE

NOW COMES a certain creditor, HARPER'S WOODS CONDOMINIUMS, by and through its attorneys, KEAY & COSTELLO, P.C., and in support of its Motion for Relief from Stay, states as follows:

1. That the creditor is HARPER'S WOODS CONDOMINIUMS, an Illinois not-for-profit corporation and condominium association governed by the Illinois Condominium Property Act (765 ILCS 605/1 et seq.).

2. That the Debtor, JOHN BARRY MURPHY (hereinafter referred to as "Debtor") is the owner of residential real estate that is part of HARPER'S WOODS CONDOMINIUMS. Specifically, Debtor is the owner of the property located at 27W258 Jefferson Court, Winfield, DuPage County, Illinois.

3. That pursuant to 9(g)(1) of the Illinois Condominium Property Act (765 ILCS 605/1 et seq.) and HARPER'S WOODS CONDOMINIUMS governing documents, which have been recorded with the Recorder of Deeds of DuPage County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of HARPER'S WOODS CONDOMINIUMS.

1

4. That as owner of a property at HARPER'S WOODS CONDOMINIUMS, the Debtor is obligated to pay assessments to HARPER'S WOODS CONDOMINIUMS.

5. That since the filing of Debtor's Chapter 7 petition on January 30, 2018, the Debtor has failed to remain current on his post-petition obligation to pay assessments to HARPER'S WOODS CONDOMINIUMS.

6. Accordingly, beginning on February 2018 through the filing of this Motion, Debtor has failed to pay the amount of $3,112.43 in post-petition assessments to HARPER'S WOODS CONDOMINIUMS. Additionally, HARPER'S WOODS CONDOMINIUMS has incurred $800.00 in attorney's fees and $181.00 in court costs as a result of Debtor's failure to remain current on her post-petition obligation to the Association. Collection of said attorney's fees and court costs is authorized by the Association's Declaration.

7. Collection of said attorney fees and court costs is authorized by 9.2(b) of the Illinois Condominium Property Act and the Declaration. (765 ILCS 605/9.2(b)) (West 2017).

8. Therefore, the total amount due through the filing of this Motion for post-petition assessments, late fees, fines, attorney's fees, and court costs is $3,993.43.

9. That pursuant to Section 362 of the Bankruptcy Code, HARPER'S WOODS CONDOMINIUMS moves this court for entry of an order modifying the automatic stay arising as a result of Debtor's Chapter 13 filing.

10. That HARPER'S WOODS CONDOMINIUMS is entitled to relief from the automatic stay so it may initiate collection proceedings against the Debtor for the assessments and other charges that became due and owing after Debtor's Chapter 13 filing.

11. That HARPER'S WOODS CONDOMINIUMS is entitled to relief from the automatic stay for the following reasons:

2

a. Debtor has made material defaults under the terms of the Declaration;

b. There is currently a continuing increase in the total indebtedness chargeable against the real estate for payment of assessments and other charges due under the Declaration which result in HARPER'S WOODS CONDOMINIUMS being deprived of adequate protection of its interest in the real estate; and

c. The subject real estate is not necessary for a successful reorganization of the Debtor.

12. That HARPER'S WOODS CONDOMINIUMS requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Creditor, herein, HARPER'S WOODS CONDOMINIUMS, prays this court enter an order modifying the stay permitting HARPER'S WOODS CONDOMINIUMS, to initiate collection proceedings of all post-petition association assessments due from the Debtor, JOHN BARRY MURPHY, as a result of the ownership of the premises described herein, and for any such other and further relief as this court deems just and equitable within the premises.

HARPER'S WOODS CONDOMINIUMS
CONDOMINIUM ASSOCIATION

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

3