UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:   18-02597
JOHN BARRY MURPHY )
)   Chapter:  7
)
)   Honorable Janet S. Baer
)
)   Kane
Debtor(s) )

## Order Modifying Automatic Stay

This matter coming before the Court on the Motion filed by HARPER'S WOODS CONDOMINIUMS for Relief from Stay pursuant to section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, and the Court having jurisdiction of the subject matter and the parties and being fully advised,

IT IS HEREBY ORDERED THAT:

(1) The motion is granted as set forth herein.

(2) The automatic stay is modified and HARPER'S WOODS CONDOMINIUMS may proceed under applicable non-bankruptcy law to enforce its remedies with respect to the property commonly known as 27W258 Jefferson Court, Winfield, Illinois 60190.

(3) The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  April 12, 2019

**Prepared by:**

ARDC #6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446